DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUIS VALDEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2167

[July 31, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 502021CF009118B.

Carey Haughwout, Public Defender, and Ian Seldin, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody Attorney General, Tallahassee, and Jonathan P. Picard, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Hamilton v. State*, No. 4D2023-0870, 2024 WL 2742860, at *4 (Fla. 4th DCA May 29, 2024).

GERBER, CONNER and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***